M. MOSSON CO., Inc., Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 14, 1907.) Action by the M. Mosson Company, Incorporated, against the Erie Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

MOORE, Appellant, v. COLER et al., Respondents. (Supreme Court, Appellate Division, Third Department. Sept. 11, 1907.) Action by Edwin G. Moore against William N. Coler, Sr., and another.
PER CURIAM. Judgment and order affirmed, with costs.
SMITH, P. J., and SEWELL, J., dissent.

MORAN, Appellant, v. CULHANE, Respondent. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by William J. Moran against Daniel Culhane. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

MORAN, Respondent, v. MORAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Mary Moran against Anna D. Moran, as sole executrix, etc., of John P. Moran, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

MORGAN, Respondent, v. MORGAN, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by Margaret Morgan, an infant, against John Morgan, impleaded. A. Thain, for appellant. E. Hassett, for respondent.
PER CURIAM. Judgment affirmed, without costs. Settle order on notice.
INGRAHAM and CLARKE, JJ., dissent, upon the ground that the evidence was not sufficient to sustain any judgment against the defendant John Morgan.

MORGAN et al., Respondents, v. MUTUAL BEN. LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) Action by Susan M. Morgan and others against the Mutual Benefit Life Insurance Company.
PER CURIAM. Motion for leave to appeal to the Court of Appeals granted; the questions to be certified to be settled by and before Mr. Justice Spring, at the city and county hall, in the city of Buffalo, on Friday, the 31st day of May, instant, at 2 o'clock in the afternoon.

MORRIS v. GOTHAM ATTUCKS MUSIC CO. (Supreme Court, Appellate Division, First Department. May 17, 1907.) Action by Melville Morris against the Gotham Attucks Music Company. No opinion. Motion denied, with $10 costs. Settle order on notice.

MORTON, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Action No. 1.) (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by James S. Morton against the New York City Rail-

way Company. No opinion. Appeal withdrawn on consent, with costs.

MOSSEIN, Respondent, v. EMPIRE STATE SURETY CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 14, 1907.) Action by Edward P. Mossein, as president, etc., against the Empire State Surety Company. No opinion. Motion for leave to appeal to the Court of Appeals denied.

MOTT et al., Appellants, v. MOTT, Respondent. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by Leon A. Mott and others against Emma H. Mott. No opinion. Judgment affirmed, with costs.

MOULTON, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 9, 1907.) Action by Byram Moulton against the Erie Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs and disbursements.

MULLIN et al., Respondents, v. MULLIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Mary E. Mullin, individually, etc., and another, against Bridget Mullin and another. No opinion. Motion to resettle order granted, without costs.

MURDOCK, Respondent, v. GOULD, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Harvey Murdock against Howard Gould. No opinion. Judgment and order affirmed, with costs.

MURPHY, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by Thomas J. Murphy against the city of New York. No opinion. Judgment affirmed, with costs.

NADROVSKY, Appellant, v. ALBER et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Mary Nadrovsky against Gottlieb Alber and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

NATELSKY, Respondent, v. HUDSON COAL CO., Appellant. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by Mary Natelsky, as administratrix, against the Hudson Coal Company. L. S. Carrere, for appellant. L. Steckler, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

NATIONAL BANK OF BATTLE CREEK, Respondent, v. HOWARD, Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1907.) Action by the National Bank of Battle Creek against Oliver O. How-